**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ARELI LUCERO MENDEZ,

                Plaintiff,   22-CV-3055 (VEC) (OTW)

                -against-   **SCHEDULING ORDER**

PAPA HOTEL CORP., et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Tuesday, February 14, 2023 at 2:30 p.m.**  The dial in information is (866) 390-1828, access code 1582687.

SO ORDERED.

                                                              *s/ Ona T. Wang*

Dated: January 18, 2023   **Ona T. Wang**
       New York, New York   United States Magistrate Judge