**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ARELI LUCERO MENDEZ,                    :
                                        :
                    Plaintiff,          :        22-CV-3055 (OTW)
                                        :
          -against-                     :        **ORDER**
                                        :
PAPA HOTEL CORP., et al.,               :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall file a joint status letter updating the Court of the status of the case by March 24, 2023.

**SO ORDERED.**

Dated: March 14, 2023                               _s/ Ona T. Wang_
       New York, New York                           **Ona T. Wang**
                                                    United States Magistrate Judge