**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
ARELI LUCERO MENDEZ,

            Plaintiff,

            -against-

PAPA HOTEL CORP., et al.,

            Defendants.

---------------------------------------------------------------x

22-CV-3055 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties were directed to file a joint status letter by March 24, 2023. (ECF 33). To date, the parties have not filed the status letter, or any other communication with the Court since they consented to the Court's jurisdiction.

**The parties are directed to file a joint status letter by June 2, 2023, informing the Court of the status of the case and proposed next steps.**

SO ORDERED.

Dated: May 25, 2023
New York, New York

      _s/ Ona T. Wang_
      **Ona T. Wang**
      United States Magistrate Judge