

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

July 17, 2023

<u>Via ECF</u>:
The Honorable Judge Ona T. Wang
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED.**

        Re:    <u>Mendez v. Papa Hotel Corp., et al.</u>
              Civil Docket No.:22-cv-03055 (OTW)

Dear Judge Wang:

    We represent the Plaintiffs in this FLSA action and we submit this motion jointly with Defendants to respectfully request an extension of time to file the parties' motion for settlement approval and settlement agreement, which are due to the Court today.

    The parties respectfully request a two-week extension of time to file the settlement papers. Drafts of the required documents have been circulated but the parties are still working to finalize them for signatures and filing. If this request is granted, the parties can file on or before July 31, 2023. This is the first request for an extension of time to file the settlement papers and this request will not affect any other dates or deadlines.

    We thank the Court for its consideration on this matter and we remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

**The parties' request for a two-week extension to file their settlement papers is GRANTED. In the alternative, the parties may elect to schedule an in-person *Cheeks* hearing with their clients at which no written submissions will be necessary. If the parties elect to have a hearing, they shall provide a list of proposed dates and times by Friday, July 28, 2023.**

**SO ORDERED.**

_____
Ona T. Wang     7/17/23
U.S.M.J.